# EXHIBIT A

# CERTIFICATE OF DISCLOSURE

## ENTITY INFORMATION

**ENTITY NAME:**           Cong. Casa Grande
**ENTITY ID:**             7682708
**ENTITY TYPE:**           Domestic Nonprofit Corporation
**EFFECTIVE DATE/TIME:**   10/27/2020

## FELONY JUDGEMENT QUESTIONS

Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten per cent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been:

Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal   NO
jurisdiction within the seven-year period immediately preceding the signing of this certificate?

Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false   NO
pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period
immediately preceding the signing of this certificate?

Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within   NO
the seven-year period immediately preceding the signing of this certificate, involving any of the following:

    The violation of fraud or registration provisions of the securities laws of that jurisdiction;
    The violation of the consumer fraud laws of that jurisdiction;
    The violation of the antitrust or restraint of trade laws of that jurisdiction?

## BANKRUPTCY QUESTION

Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds   NO
over twenty per cent of the issued and outstanding common shares or twenty per cent of any other
proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a
twenty per cent interest in *any other corporation* (not the one filing this Certificate) on the bankruptcy or
receivership *of the other corporation*?

## SIGNATURE

 By typing or entering my name and checking the box marked "I accept" below, I acknowledge under penalty
 of perjury that this document together with any attachments is submitted in compliance with Arizona law.

 Incorporator: Zev Rubin - 11/02/2020

# ARTICLES OF INCORPORATION

## OF

# CONG. CASA GRANDE

**Dated October 28, 2020**

## ARTICLES OF INCORPORATION

### OF

## CONG. CASA GRANDE

An Arizona Nonprofit Corporation

### ARTICLE I
### Name and Known Place of Business

1.1    The name of the corporation is **Cong. Casa Grande**

1.2    The known place of business of the Corporation is

**1771 N Agave St Casa Grande, AZ 85122**

### ARTICLE II
### Charitable Purpose

The Corporation is organized as a nonprofit corporation under the laws of the State of Arizona and shall be operated as a qualified exempt organization exclusively for religious, charitable, scientific, literary and educational purposes within the meaning of Section 170(c)(2) and 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code") and Section 43-1201.4 of the Arizona Revised Statutes, as amended (the "Statutes").

All terms and provisions of these Articles of Incorporation shall be construed, applied and carried out in accordance with the exempt purposes of the Corporation.

### ARTICLE III
### Character of Affairs

The character of the affairs that the Corporation initially intends to conduct shall be to promote the principles of the Jewish religion.

### ARTICLE IV
### Prohibited Transactions

4.1    The Corporation is not organized and shall not be operated for pecuniary gain or private benefit.

4.2    No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to its Directors, Officers, or other private persons, except that the Corporation

shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth herein.

4.3     No substantial part of the activities of the Corporation shall be the carrying on of propaganda or otherwise attempting to influence legislation, except as is otherwise provided in Section 501(h) of the Code.

4.4     The Corporation shall not participate in or intervene in (including the publication or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.

4.5     Notwithstanding any other provision of these Articles, the Corporation shall not carry on any other activities not permitted to be carried on:

(a)     by a corporation exempt from federal income tax under Section 501(c)(3) of the Code;

(b)     by a corporation contributions to which are deductible under Section 170(c)(1) or (2) of the Code;

(c)     by a corporation gifts and transfers to which are deductible under Section 2055(a)(1) or (2) of the Code;

(d)     by a corporation gifts and transfers to which are deductible under Section 2522(a)(1) or (2) of the Code; or

(e)     by a corporation exempt from Arizona income tax under Section 43-1201.4 of the Statutes.

## ARTICLE V
### Discrimination

In exercising or fulfilling its educational functions, the Corporation shall not practice or permit discrimination on the basis of age, race, national origin, religion, or physical handicap or disability.

## ARTICLE VI
## Private Foundation

6.1     During any period that the Corporation is a private foundation, as the term is defined in Section 509 of the Code, or does not normally receive a substantial part of its support from government entities and the general public within the meaning of Section 43-1215.3 of the Statutes, the Corporation shall distribute its income for each taxable year at such time and in such manner within the meaning of Section 43-1211 and 43-1214 of the Statutes and as not to become subject to the tax on undistributed income imposed by Section 4942 of the Code.

6.2     During any period that the Corporation is a private foundation, as the term is defined in Section 509 of the Code, or does not normally receive a substantial part of its support from government entities and the general public within the meaning of Section 43-1215.3 of the Statutes, the powers of the Corporation then shall be specifically restricted so that the Corporation shall be prohibited from:

(a)     engaging in any act of self-dealing as that term is defined in Section 4941 of the Code;

(b)     retaining any excess business holdings as that term is defined in Section 4943 of the Code;

(c)     making any investment in any manner which would subject the Corporation to tax under Section 4944 of the Code;

(d)     making any taxable expenditure as that term is defined in Section 4945 of the Code; and

(e)     making any prohibited transaction as the term is defined in Section 43-1213 of the Statutes.

6.3     Notwithstanding the restrictions imposed in this paragraph, if Section 508(e) of the Code and Section 43-1212 of the Statutes are amended to remove the requirement that any or all of the restrictions contained herein are to be included in the governing instrument of the Corporation, then such of the foregoing restrictions as are no longer required to be so included shall be deemed deleted and shall have no further force or effect.

## ARTICLE VII
## Board of Directors

7.1     The affairs of the Corporation shall be managed by its Board of Directors. The number of Directors, their terms, and the manner of their election shall be as provided in the Bylaws, provided that there shall not be less than three (3) Directors.  The initial Board of Directors shall consist of [3] Directors.

7.2    The names and addresses of the persons who shall serve as initial Directors until their successors are appointed and qualified are:

Dovid Ehrman
6730 E Jean Dr.
Scottsdale AZ 85254

Aron Grossman
8 Yale Drive #102
Monsey NY 10952

Zev Rubin
1771 N Agave St
Casa Grande, AZ 85122

## ARTICLE VIII
### Dissolution and Liquidation

8.1    In the event of dissolution, the dissolution and liquidation of the Corporation shall be accomplished consistent with the intent that its assets be held and used for the Corporation's stated charitable purpose, and said termination shall not be effected so as to cause any tax to be imposed under Section 507(a) of the Code.

8.2    Subject to the foregoing Section, in the event of dissolution of the Corporation for any reason, the Board of Directors shall, after payment or making provision for payment of all liabilities, distribute and dispose of the property then held by the Corporation to such organization or organizations organized and operated exclusively for charitable purposes as shall then be qualified under Section 501(c)(3) of the Code, as the Board of Directors shall determine.

8.3    With respect to any property not so disposed, such property shall be disposed of and distributed to such organization or organizations as shall then be qualified as an organization exempt from federal income tax under Section 501(c)(3) of the Code and qualifies as a publicly supported charitable organization under Sections 170(b)(1)(A)(vi) and 509(a)(1) and (2) of the Code, as selected by and pursuant to an order of the Superior Court of the county in which the principal office of the Corporation is then located.

## ARTICLE IX
### Liability and Indemnification

9.1    The personal liability of any Director to the Corporation or other persons for monetary damages for breach of fiduciary duties as a Director is hereby eliminated to the fullest extent allowed by the laws of the State of Arizona.

5

9.2     The Corporation shall indemnify, to the maximum extent from time to time permitted by the laws of the State of Arizona, any person who incurs liability or expense by reason of such person acting as an Incorporator, Director, officer, employee, or agent of the Corporation.     This indemnification will be mandatory in all circumstances in which indemnification is permitted by law.  This power of indemnification under the laws of the State of Arizona shall not be denied or limited by the Bylaws.

## ARTICLE X
### Membership

The Corporation shall have no members, as that term is defined in Section 10-3140 of the Statutes.

## ARTICLE XI
### Statutory Agent

The name and address of the initial statutory agent of the Corporation is Zev Rubin, 1771 N Agave St  Casa Grande, AZ 85122

## ARTICLE XII
### Incorporator

12.1     The name and address of the incorporator is Zev Rubin, 1771 N Agave St Casa Grande, AZ 85122.

12.2     All powers, duties and responsibilities of the incorporator, acting in his capacity as the incorporator, shall cease at the time of the delivery of these Articles of Incorporation to the Arizona Corporation Commission.

*Remainder of page left intentionally blank.  Signature page to follow.*

6

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation this 28th day of October, 2020.

_____

Zev Rubin, Incorporator


I, Zev Rubin, having been designated to act as the statutory agent for Cong. Casa Grande, approve of such designation and consents to act in such capacity.  I reserve, however, the right to resign as statutory agent in accordance with the provisions of the Arizona Revised Statutes.

_____

Zev Rubin,  Statutory Agent

# EXHIBIT B

# ARTICLES OF AMENDMENT

## NONPROFIT CORPORATION

## ENTITY INFORMATION

**ENTITY NAME:**                          CONG. CASA GRANDE

**ENTITY ID:**                            23145147

**ENTITY TYPE:**                          Domestic Nonprofit Corporation
**PERIOD OF DURATION:**                   Perpetual
**IS HOMEOWNERS ASSOCIATION:**            NO
**CHARACTER OF BUSINESS:**                Any legal purpose

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:**                 Zev Rubin

**PHYSICAL ADDRESS:**                     1771 N Agave St, CASA GRANDE, AZ 85122
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

1771 N Agave St, CASA GRANDE, AZ 85122

## PRINCIPAL INFORMATION

Director: Dovid Ehrman - 6730 E Jean Dr, SCOTTSDALE, AZ, 85254, USA - - Date of Taking Office:

Director: Yehoishiah Rubin - 1771 N Agave St, CASA GRANDE, AZ, 85122, USA - accounting@diamondequity.net - Date of Taking Office:

Director: Zev Rubin - 1771 N Agave St, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office:

Incorporator: Zev Rubin - 1771 N Agave St, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office:

## ADOPTION AND VOTE

**ADOPTION DATE:**

**The restated Articles were approved by the board of directors without member or third person action, and the approval members or any other persons was not.**

**The restated Articles contain one or more amendments that required approval by members and/or other persons**

| | |
|---|---|
| **The Amendment was duly adopted by act of the Board of Directors.** | YES |
| **The Amendment was duly adopted by act of the Members.** | NO |
| **The Amendment was approved by the person or persons required by the Articles of Incorporation** | NO |

## SIGNATURE

Chairman of the Board of Directors: Zev Rubin - 03/03/2021

3/3/2021

Attn Arizona Corporation Commission;

1) We are removing Aron Grossman, 8 Yale Drive #102 Monsey, NY 10952 as Director
2) We are adding Yehoishiah Rubin 1771 N Agave St, Casa Grande, AZ 85122 as Director

# EXHIBIT C

Arizona Corporation Commission - RECEIVED: 3/17/2023                                                                                23031710457541
Arizona Corporation Commission - FILED: 3/17/2023

# ARTICLES OF INCORPORATION

### NON-PROFIT CORPORATION

## ENTITY INFORMATION

**ENTITY NAME:** CONG. KHAL CHASIDIM
**ENTITY ID:** 23502182
**ENTITY TYPE:** Domestic Nonprofit Corporation
**EFFECTIVE DATE:** 03/17/2023
**CHARACTER OF BUSINESS:** Any legal purpose
**CORPORATION WILL HAVE MEMBERS:** **YES**
**CORPORATION WILL NOT HAVE** NO
**MEMBERS:**

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** Joshua Lieberman
**PHYSICAL ADDRESS:** 1674 E Kingman Pl, CASA GRANDE, AZ 85122
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

1674 E Kingman Pl, CASA GRANDE, AZ 85122

## PRINCIPAL INFORMATION

CEO (Chief Executive Officer): Yechiel Steinbetz - 1561 E Alba Dr, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office: 03/17/2023

Director: Joseph Lefkowitz - 1674 E Kingman Pl, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office: 03/17/2023

Incorporator: Yechiel Steinmetz - 1561 E Alba Dr, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office: 03/17/2023

Secretary: Joshua Lieberman - 1674 E Kingman Pl, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office: 03/17/2023

## CERTIFICATE OF DISCLOSURE

### FELONY JUDGEMENT QUESTIONS:

Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten per cent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been:

Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate?   NO

Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate?   NO

Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the signing of this certificate, involving any of the following:   NO

**The violation of fraud or registration provisions of the securities laws of that jurisdiction;**
**The violation of the consumer fraud laws of that jurisdiction;**
**The violation of the antitrust or restraint of trade laws of that jurisdiction?**

## BANKRUPTCY QUESTION:

Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty    NO
per cent of the issued and outstanding common shares or twenty per cent of any other proprietary, beneficial or
membership interest in the corporation, served in any such capacity or held a twenty per cent interest in *any other*
*corporation* **(not the one filing this Certificate) on the bankruptcy or receivership** *of the other*
*corporation***?**

## SIGNATURE

Incorporator: Yechiel Steinmetz - 03/17/2023

# EXHIBIT D

Arizona Corporation Commission - RECEIVED: 10/23/2020
Arizona Corporation Commission - FILED: 10/23/2020                                    20102308482607

# ARTICLES OF ORGANIZATION

### OF LIMITED LIABILITY COMPANY

## ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | KEHAL CHASIDIM CG 1 LLC |
| **ENTITY ID:** | 23143695 |
| **ENTITY TYPE:** | Domestic LLC |
| **EFFECTIVE DATE:** | 10/23/2020 |
| **CHARACTER OF BUSINESS:** | Any legal purpose |
| **MANAGEMENT STRUCTURE:** | Member-Managed |
| **PERIOD OF DURATION:** | Perpetual |
| **PROFESSIONAL SERVICES:** | N/A |

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | Dov Goldman |
| **PHYSICAL ADDRESS:** | 1460 E 9th St, CASA GRANDE, AZ 85122 |
| **MAILING ADDRESS:** | 1460 E 9th St, CASA GRANDE, AZ 85122 |

## KNOWN PLACE OF BUSINESS

1460 E 9th St, CASA GRANDE, AZ 85122

## PRINCIPALS

Member: Dov Goldman - 1460 E 9th St, CASA GRANDE, AZ, 85122, USA - accounting@diamondequity.net - Date of Taking Office:

## ORGANIZERS

Dov Goldman

## SIGNATURES

Organizer: Dov Goldman - 10/23/2020

# EXHIBIT E

Arizona Corporation Commission - RECEIVED: 10/31/2022

Arizona Corporation Commission - FILED: 10/31/2022

22103107380487

# ARTICLES OF INCORPORATION

### NON-PROFIT CORPORATION

## ENTITY INFORMATION

| | |
|---|---|
| **ENTITY NAME:** | CONGREGATION KHAL CHASIDIM |
| **ENTITY ID:** | 23442283 |
| **ENTITY TYPE:** | Domestic Nonprofit Corporation |
| **EFFECTIVE DATE:** | 10/31/2022 |
| **CHARACTER OF BUSINESS:** | Any legal purpose |
| **CORPORATION WILL HAVE MEMBERS:** | **NO** |
| **CORPORATION WILL NOT HAVE MEMBERS:** | YES |

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| **STATUTORY AGENT NAME:** | Yehoishiah Rubin |
| **PHYSICAL ADDRESS:** MAILING ADDRESS: | 913 E 8TH STREET, CASA GRANDE, AZ 85122 |

## KNOWN PLACE OF BUSINESS

913 E 8th St, CASA GRANDE, AZ 85122

## PRINCIPAL INFORMATION

Director: Dovid Ehrman - 6730 E Jean Dr, SCOTTSDALE, AZ, 85254, USA - - Date of Taking Office:

Director: Yehoishiah Rubin - 913 E 8th St, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office:

Director: Zev Rubin - 913 E 8th St, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office:

Incorporator: Yehoishiah Rubin - 913 E 8th St, CASA GRANDE, AZ, 85122, USA - - Date of Taking Office:

## CERTIFICATE OF DISCLOSURE

### FELONY JUDGEMENT QUESTIONS:

**Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten per cent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been:**

**Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate?**    NO

**Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate?**    NO

**Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the signing of this certificate, involving any of the following:**    NO
    **The violation of fraud or registration provisions of the securities laws of that jurisdiction;**
    **The violation of the consumer fraud laws of that jurisdiction;**

**The violation of the antitrust or restraint of trade laws of that jurisdiction?**

## BANKRUPTCY QUESTION:

**Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty** NO
**per cent of the issued and outstanding common shares or twenty per cent of any other proprietary, beneficial or**
**membership interest in the corporation, served in any such capacity or held a twenty per cent interest in** *any other*
*corporation* **(not the one filing this Certificate) on the bankruptcy or receivership** *of the other*
*corporation***?**

## SIGNATURE

Incorporator: Yehoishiah Rubin - 10/31/2022

# EXHIBIT F

# CERTIFICATE OF DISCLOSURE

## ENTITY INFORMATION

**ENTITY NAME:** CONG. KHAL CHASIDIM CG
**ENTITY ID:** 23690589
**ENTITY TYPE:** Domestic Nonprofit Corporation
**EFFECTIVE DATE/TIME:** 06/07/2024

## FELONY JUDGEMENT QUESTIONS

Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten per cent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been:

Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate?   NO

Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate?   NO

Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven-year period immediately preceding the signing of this certificate, involving any of the following:   NO

    The violation of fraud or registration provisions of the securities laws of that jurisdiction;
    The violation of the consumer fraud laws of that jurisdiction;
    The violation of the antitrust or restraint of trade laws of that jurisdiction?

## BANKRUPTCY QUESTION

Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty per cent of the issued and outstanding common shares or twenty per cent of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a twenty per cent interest in *any other corporation* (not the one filing this Certificate) on the bankruptcy or receivership *of the other corporation*?   NO

## SIGNATURE

By typing or entering my name and checking the box marked "I accept" below, I acknowledge under penalty of perjury that this document together with any attachments is submitted in compliance with Arizona law.

Incorporor: YEHOISHIAH RUBIN - 06/07/2024

# ARTICLES OF INCORPORATION

## OF

# CONG. KHAL CHASIDIM CG

**Dated June 6, 2024**

**ARTICLES OF INCORPORATION**

**OF**

# CONG. KHAL CHASIDIM CG

An Arizona Religious Nonprofit Corporation

### ARTICLE I
### Name and Known Place of Business

1.1    The name of the corporation is **Cong. Khal Chasidim CG**

1.2    The known place of business of the Corporation is

**1645 E Silver Reef Dr, Casa Grande, AZ, 85122**

### ARTICLE II
### Charitable Purpose

The Corporation is organized as a religious nonprofit corporation under the laws of the State of Arizona and shall be operated as a qualified exempt organization exclusively for religious, charitable, scientific, literary and educational purposes within the meaning of Section 170(c)(2) and 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code") and Section 43-1201.4 of the Arizona Revised Statutes, as amended (the "Statutes").

All terms and provisions of these Articles of Incorporation shall be construed, applied and carried out in accordance with the exempt purposes of the Corporation.

### ARTICLE III
### Character of Affairs

The character of the affairs that the Corporation initially intends to conduct shall be to promote the principles of the Jewish religion.

### ARTICLE IV
### Prohibited Transactions

4.1    The Corporation is not organized and shall not be operated for pecuniary gain or private benefit.

4.2    No part of the net earnings of the Corporation shall inure to the benefit of or be distributable to its Directors, Officers, or other private persons, except that the Corporation

shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth herein.

4.3    No substantial part of the activities of the Corporation shall be the carrying on of propaganda or otherwise attempting to influence legislation, except as is otherwise provided in Section 501(h) of the Code.

4.4    The Corporation shall not participate in or intervene in (including the publication or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.

4.5    Notwithstanding any other provision of these Articles, the Corporation shall not carry on any other activities not permitted to be carried on:

(a)    by a corporation exempt from federal income tax under Section 501(c)(3) of the Code;

(b)    by a corporation contributions to which are deductible under Section 170(c)(1) or (2) of the Code;

(c)    by a corporation gifts and transfers to which are deductible under Section 2055(a)(1) or (2) of the Code;

(d)    by a corporation gifts and transfers to which are deductible under Section 2522(a)(1) or (2) of the Code; or

(e)    by a corporation exempt from Arizona income tax under Section 43-1201.4 of the Statutes.

## ARTICLE V
### Discrimination

In exercising or fulfilling its educational functions, the Corporation shall not practice or permit discrimination on the basis of age, race, national origin, religion, or physical handicap or disability.

## ARTICLE VI
## Private Foundation

6.1     During any period that the Corporation is a private foundation, as the term is defined in Section 509 of the Code, or does not normally receive a substantial part of its support from government entities and the general public within the meaning of Section 43-1215.3 of the Statutes, the Corporation shall distribute its income for each taxable year at such time and in such manner within the meaning of Section 43-1211 and 43-1214 of the Statutes and as not to become subject to the tax on undistributed income imposed by Section 4942 of the Code.

6.2     During any period that the Corporation is a private foundation, as the term is defined in Section 509 of the Code, or does not normally receive a substantial part of its support from government entities and the general public within the meaning of Section 43-1215.3 of the Statutes, the powers of the Corporation then shall be specifically restricted so that the Corporation shall be prohibited from:

(a)     engaging in any act of self-dealing as that term is defined in Section 4941 of the Code;

(b)     retaining any excess business holdings as that term is defined in Section 4943 of the Code;

(c)     making any investment in any manner which would subject the Corporation to tax under Section 4944 of the Code;

(d)     making any taxable expenditure as that term is defined in Section 4945 of the Code; and

(e)     making any prohibited transaction as the term is defined in Section 43-1213 of the Statutes.

6.3     Notwithstanding the restrictions imposed in this paragraph, if Section 508(e) of the Code and Section 43-1212 of the Statutes are amended to remove the requirement that any or all of the restrictions contained herein are to be included in the governing instrument of the Corporation, then such of the foregoing restrictions as are no longer required to be so included shall be deemed deleted and shall have no further force or effect.

## ARTICLE VII
## Board of Directors

7.1     The affairs of the Corporation shall be managed by its Board of Directors. The number of Directors, their terms, and the manner of their election shall be as provided in the Bylaws, provided that there shall not be less than three (3) Directors. The initial Board of Directors shall consist of [3] Directors.

7.2    The names and addresses of the persons who shall serve as initial Directors until their successors are appointed and qualified are:

Yehoishiah Rubin
2148 Wildflower Ln
Casa Grande, AZ 85122

Shlomtzi Rubin
2148 Wildflower Ln
Casa Grande, AZ 85122

Asher Rubin
1563 E Silver Reef Dr
Casa Grande, AZ 85122

## ARTICLE VIII
### Dissolution and Liquidation

8.1    In the event of dissolution, the dissolution and liquidation of the Corporation shall be accomplished consistent with the intent that its assets be held and used for the Corporation's stated charitable purpose, and said termination shall not be effected so as to cause any tax to be imposed under Section 507(a) of the Code.

8.2    Subject to the foregoing Section, in the event of dissolution of the Corporation for any reason, the Board of Directors shall, after payment or making provision for payment of all liabilities, distribute and dispose of the property then held by the Corporation to such organization or organizations organized and operated exclusively for charitable purposes as shall then be qualified under Section 501(c)(3) of the Code, as the Board of Directors shall determine.

8.3    With respect to any property not so disposed, such property shall be disposed of and distributed to such organization or organizations as shall then be qualified as an organization exempt from federal income tax under Section 501(c)(3) of the Code and qualifies as a publicly supported charitable organization under Sections 170(b)(1)(A)(vi) and 509(a)(1) and (2) of the Code, as selected by and pursuant to an order of the Superior Court of the county in which the principal office of the Corporation is then located.

## ARTICLE IX
### Liability and Indemnification

9.1    The personal liability of any Director to the Corporation or other persons for monetary damages for breach of fiduciary duties as a Director is hereby eliminated to the fullest extent allowed by the laws of the State of Arizona.

5

9.2     The Corporation shall indemnify, to the maximum extent from time to time permitted by the laws of the State of Arizona, any person who incurs liability or expense by reason of such person acting as an Incorporator, Director, officer, employee, or agent of the Corporation.  This indemnification will be mandatory in all circumstances in which indemnification is permitted by law.  This power of indemnification under the laws of the State of Arizona shall not be denied or limited by the Bylaws.

### ARTICLE X
### Membership

The Corporation shall have no members, as that term is defined in Section 10-3140 of the Statutes.

### ARTICLE XI
### Statutory Agent

The name and address of the initial statutory agent of the Corporation is Yehoishiah Rubin 1645 E Silver Reef Dr, Casa Grande, AZ, 85122

### ARTICLE XII
### Incorporator

12.1     The name and address of the incorporator is Yehoishiah Rubin, 2148 Wildflower Ln, Casa Grande, AZ 85122.

12.2     All powers, duties and responsibilities of the incorporator, acting in his capacity as the incorporator, shall cease at the time of the delivery of these Articles of Incorporation to the Arizona Corporation Commission.

*Remainder of page left intentionally blank.  Signature page to follow.*

6

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation this 6th day of June, 2024.

_Yehoishiah rubin_

Yehoishiah Rubin, Incorporator

I, Yehoishiah Rubin, having been designated to act as the statutory agent for Cong. Khal Chasidim CG, approve of such designation and consents to act in such capacity.  I reserve, however, the right to resign as statutory agent in accordance with the provisions of the Arizona Revised Statutes.

_Yehoishiah rubin_

Yehoishiah Rubin,  Statutory Agent

# EXHIBIT G



Forwarded message
From: **Kehal Chassidim AZ** <info@kcaz.org>
Date: Sun, May 9, 2021 at 11:34 AM
Subject: Fwd: Your inspection at 1648 E Lee Dr, Casa Grande, AZ 85122 from Sullivan Inspection Group
To: <khalchasidimcg@gmail.com>


**Kehal Chassidim**
**Casa Grande AZ**
**info@kcaz.org**


Forwarded message
From: **Kehal Chassidim AZ** <info@kcaz.org>
Date: Sun, May 9, 2021 at 11:19 AM
Subject: Fwd: Your inspection at 1648 E Lee Dr, Casa Grande, AZ 85122 from Sullivan Inspection Group
To: chaim friedman <Cf5485715@gmail.com>


chaim. I paid $600 for inspection and some for the attorney. please advise how you wanna
proceed with it
thanks
**Kehal Chassidim**
**Casa Grande AZ**
**info@kcaz.org**

---------- Forwarded message ---------
From: **Sullivan Inspection Group** <chris@sullivanhl.com>
Date: Sun, May 9, 2021 at 7:34 AM
Subject: Your inspection at 1648 E Lee Dr, Casa Grande, AZ 85122 from Sullivan Inspection Group
To: <info@kcaz.org>



RE: Your inspection at 1648 E Lee Dr, Casa Grande, AZ 85122 from Sullivan Inspection Group

Hello Yehoishiah Rubin

Now that you hopefully have caught your breath and started to settle in, the inspection probably seemed like it happened a long time ago. Our goal was to make it an informative and helpful experience and please don't hesitate to call on us if we can answer any property related questions for you in the future. We want to be your 'home inspectors for life'.

We strive to inspect every property as if it were our own. If you have family, friends or colleagues looking to buy or sell we hope you will feel comfortable passing our name along.

Endorsements from our satisfied clients is our highest measure of success.

Thank you for choosing Sullivan Inspection Group.


Sincerely,

Jim Sullivan
Sullivan Inspection Group
(480) 888-1514
www.sullivanInspectionGroup.com

Copyright © 2021 Sullivan Inspection Group.  All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Privileged and/or confidential information may be contained in this message (including any attachments hereto). If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver

this message to anyone. In such case, you should destroy and delete this message and any copies or printouts you may have made, and notify us immediately. Please note that E mail communication does not guarantee transferability, integrity and confidentiality of the contents hereto. If you do not or your employer does not consent to E mail messages of this kind, please advise us immediately. Opinions, conclusions and other information expressed in this message are not given or endorsed without subsequent written confirmation independent of this message.

# EXHIBIT H

Outlook



---------- Forwarded message ---------
From: **Moishe & Etty Lieberman** <lieberman2105@gmail.com>
Date: Sun, Feb 12, 2023 at 2:23 PM
Subject: Re: Please share website login with rav Berger
To: Chane Rubin <tovirubin@gmail.com>, Shia Rubin <shia@diamondequity.net>, Rabbi Chaim

Berger <ravberger@gmail.com>
Cc: Yitzchok Green <yitzchok@comfortgrowth.com>


please see the logo attached as a PNG (transparent)

I don't think the logo should be more than one color... I saved it as a dark brown color so it's not just black.
Please do understand that I cannot provide an svg of artwork I have done pro bono.
@Shia Rubin @Rabbi Chaim Berger Please approve the logo.

Thank you.

On Thu, Feb 9, 2023 at 11:52 PM Chane Rubin <tovirubin@gmail.com> wrote:
> Can you make the logo transparent? I can also do it, but it's better done through the proper
> software.
> Also, wouldn't it be better with more colors? If you can send it to me as an SVG, that would be great;
> I'll be able to play around with the colors easily.
>
> On Thu, Feb 9, 2023 at 5:55 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:
>> Updated logo idea. see attached...
>>
>> Also, Shie can you please approve (or dis-approve) all the above so we can start rolling on fixing
>> the website.
>>
>> On Tue, Feb 7, 2023 at 10:21 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:

1. Send me the logo As of now there is no logo, so i created a logo it just needs approval from Shia and anyone else that needs to approve, maybe @ravberger@gmail.com or yitzchok@comfortgrowth.com
2. Send me the favicon (it should not be a regular logo. The normal logo won't look good in such a small size. In my opinion, the K is good; it's the first letter of khalChassisdim) I'll send you what to put, it would be or a small design or a ק better then the K. (especially if the entire website is in yiddish).
3. It's not the social media pages of the Kehila. It's for sharing I understand, however social media icons that are not accepted for the mosdos should not be on the site, the share and whatsapp icons are enough, if anyone wants to share somewhere else they can always copy the link. (besides these icons are all over the place,and can be overwhelming).
4. It's sent to info@khalchassidimcg.com. No, I don't think anyone checks this email address. There are a lot of unanswered emails. @Shia Rubin can we have someone monitoring this email, or at least we need to set up an auto reply. and every email address should be collected, and put into an email list.
5. Shia, please confirm @Shia Rubin Please confirm the News@khalchasidimcg.com email, so we can start working on the news emails to go out ASAP.
6. There is gonna be a website to discuss all Yishuvim. I can take it down for now; Shia, please confirm.

7. There is. (see attached). <span style="color:red">Please have them on the pictures just like it is on the top of the page, see attached screenshot, it is as of now on a place that is not noticeable.</span>
8. Let's see. We discussed it when making the website, and decided it should be in Yiddish. It's not trivial to change everything. <span style="color:red">We don't need to change everything, if something we need to add, but it's not important for right now, let's first focus on having the other stuff done.</span>

On Tue, Feb 7, 2023 at 2:46 PM Chane Rubin <tovirubin@gmail.com> wrote:

1. Send me the logo
2. Send me the favicon (it should not be a regular logo. the normal logo won't look good in such a small size. In my opinion, the K is good; it's the first letter of khalChassisdim)
3. It's not the social media pages of the Kehila. It's for sharing
4. It's sent to info@khalchassidimcg.com. No, I don't think anyone checks this email address. There are a lot of unanswered emails.
5. Shia, please confirm
6. There is gonna be a website to discuss all Yishuvim. I can take it down for now; Shia, please confirm
7. There is. (see attached)
8. Let's see. We discussed it when making the website, and decided it should be in Yiddish. It's not trivial to change everything

On Tue, Feb 7, 2023 at 2:14 PM Shia Rubin <shia@diamondequity.net> wrote:
Cc'd
Thank you

On Tue, Feb 7, 2023, 12:16 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:
Hello,

I'm not sure what the above password was.

Please add Toviye to the conversation (and if possible also Harav Berger), I'll try to go through some changes that should be made immediately on the website, and then we can try to fix spelling mistakes, fonts, sizes, and different information that doesn't make sense.

All of the below is for the Home Page.
1) We need to have the logo of the Kehila on the website (as of now there is a ויסעו ויחנו logo, no idea what that means).
2) Please have the kehilo logo as the icon (favicon) of the website (as of now there is just a K).
3) Please take off the Facebook/Twitter/Telegram icons from the footer and anywhere it is (the kehila does not have social media and will probably never have).

4) Where are the emails going when someone is submitting a contact form? Is anyone checking on it and replying? (I'll make an embed popup to go directly to constant contact so to add the emails to our lists)

5) Can I have an email opened for news@khalchasidimcg.com ?

6) On the main page there is a part called א גרום פון קאסא גראנדע that says that this is a website for all new yishivim, please take that off as it doesn't make any sense (or is the purpose of the site not only for the Casa Grande Khila?).

7) On the main page by נייעס פון קאסא גראנדע please have an <> button to move right and left.

8) The website is more or less only in Yiddish which is good for the articles etc. but the info and menu options should be in English as well.

When this is fixed, I will try to have an email with all the spelling, Grammar and writing mistakes, and then will go to the marketing mistakes and add information that is missing.

Please confirm receipt of the email and add Toivye (and if possible Harav Berger) to the conversation.

Shie Moishe Lieberman

Stand Out Services Inc

Cell: 845-664-8520

On Mon, Feb 6, 2023 at 7:50 PM Shia Rubin <shia@diamondequity.net> wrote:

---------- Forwarded message ---------
From: **Chane Rubin** <tovirubin@gmail.com>
Date: Fri, Jan 27, 2023, 12:55 AM
Subject: Re: Please share website login with rav Berger
To: Shia Rubin <shia@diamondequity.net>

admin: 69saW2n924B

On Fri, Jan 27, 2023 at 12:15 AM Shia Rubin <shia@diamondequity.net> wrote:
    Thank you



# EXHIBIT I



📎 1 attachment (1 MB)

Hechsher.pdf;

---------- Forwarded message ---------
From: **Moishe & Etty Lieberman** <lieberman2105@gmail.com>
Date: Wed, Mar 15, 2023 at 3:34 PM
Subject: Re: טעקסט פאר כתב הכשר פאר בוטשער
To: Rabbi Chaim Berger <ravberger@gmail.com>
Cc: Yitzchok Green <yitzchok@comfortgrowth.com>, Shia Rubin <shia@diamondequity.net>


Please see attached.

I don't know if the hechsher logo that i have is correct, if not please send me the right one.

I am not sure about the info at the bottom of the page (address, phone and email) please let me know if it should be removed or changed.

Thank you.

On Wed, Mar 15, 2023 at 1:59 PM Rabbi Chaim Berger <ravberger@gmail.com> wrote:

Yes, it should say d'khal chasidim.

On Wed, Mar 15, 2023, 4:43 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:
should it say d'khal chasidim?

On Wed, Mar 15, 2023 at 2:37 PM Rabbi Chaim Berger <ravberger@gmail.com> wrote:
Yes, for the vaad hakashrus we should take off the kehilla logo.

Instead, we should have the kashrus logo, in the center and on the 2 sides we should have the wording. On the right side in לשון הקודש, and on the left side in English.

Text for right side:

ועד הכשרות
ד'קהל חסידים קאסא גראנדע
בהנהלת הרה"ג האב"ד שליט"א
(אדער הגאב"ד)

Text for left side:

Vaad Hakshrus
Of khal chassidim Casa Grande
Under the leadership of the
Rov Shlita

(Or, of our Rov, Rav Yechiel Steinmetz - but I personally think it's better not to have his name on it. This builds our brand. As long as we have a point of contact it's enough)

On Wed, Mar 15, 2023, 4:14 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:
I've sent all the letterheads in a previous email, (including vaad hakashrus) see attached again...

Question is if we need to take off Khal chasidim from it so it should be only vaad hakashrus casa grande.

On Wed, Mar 15, 2023 at 1:36 AM Yitzchok Green <yitzchok@comfortgrowth.com> wrote:
@Moishe & Etty Lieberman Can you please reply with the Kashress letterhead and Logo so we can enter the attached text?

Thank you.

---------- Forwarded message ---------
From: **Rabbi Chaim Berger** <ravberger@gmail.com>
Date: Fri, Mar 10, 2023 at 3:38 PM
Subject: Re: טעקסט פאר כתב הכשר פאר בוטשער
To: Yitzchok Green <yitzchok@comfortgrowth.com>
Cc: Shia Rubin <shia@diamondequity.net>

Of course casa grande vaad

On Fri, Mar 10, 2023, 4:48 PM Yitzchok Green <yitzchok@comfortgrowth.com> wrote:
Letterhead of which Vaad, The Casa Grande Kashres Logo/letterhead?

On Sun, Mar 5, 2023 at 7:45 PM Shia Rubin <shia@diamondequity.net> wrote:
Attached. Please confirm it's good

On Sun, Mar 5, 2023, 6:51 PM Rabbi Chaim Berger <ravberger@gmail.com> wrote:

א גוטן ר' יהושע,

דאס איז די געוועניליכע טעקס פאר אזא הכשר, היות אז עס איז
אין פיניקס האב איך עס געמאכט אין ענגליש אויך.

דאס לייגט מען ארויף אויף דעם לעטערהעד פון דעם ועד און
אזוי הענגט מען עס אויף.

לאמיך וויסן אויב דו דארפסט נאך עפעס איבער דעם.

# Vaad Hakshrus

**Of khal chassidim Casa Grande**
**Under the leadership of the Rov Shlita**



# וועד הכשרות

ד׳קהל חסידים קאסא גראנדע
בהנהלת הדרה״ג האב״ד שליט״א



# EXHIBIT J



From: **Moishe & Etty Lieberman** <lieberman2105@gmail.com>
Date: Wed, Mar 22, 2023 at 10:59 AM
Subject: Re: מכירת חמץ קאסא גראנדא תשפג.pdf
To: Yitzchok Green <yitzchok@comfortgrowth.com>
Cc: Shia Rubin <shia@diamondequity.net>


@Shia Rubin Did you mean like the attached paper?

Anyhow, @Yitzchok Green Please let me know if you will be able to print it (whenever you have time), see attached 2 papers to print, both need 4 copies.

Thank you!

On Tue, Mar 21, 2023 at 10:27 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:

> @Shia Rubin I'm not sure what you mean to say with taking care, but i already made a paper to hang in shul about מכירת חמץ, did you mean that?

> On Tue, Mar 21, 2023 at 11:22 PM Yitzchok Green <yitzchok@comfortgrowth.com> wrote:
>> What is supposed to happen with this?

>> On Tue, Mar 21, 2023 at 8:10 PM Shia Rubin <shia@diamondequity.net> wrote:
>>> Will someone be able to take care of this?

>>> ---------- Forwarded message ---------
>>> From: **Yechiel Steinmetz** <yechielsteinmetz1954@icloud.com>
>>> Date: Tue, Mar 21, 2023, 3:51 PM
>>> Subject: מכירת חמץ קאסא גראנדא תשפג.pdf
>>> To: Rubin shia <shia@diamondequity.net>

Sent from my iPad



קהל חסידים ד׳קאסא גראנדע
בראשות הגאב״ד שליט״א
913 E 8th St, Casa Grande, AZ

• מקוואות          • מוסדות החינוך          • בתי מדרשים
• ועד העירוב       • ועד הכשרות            • ועד העיר

בס״ד

# מכירת חמץ

## ערב פסח תשפ״ג לפ״ק

מכירת חמץ אצל הגאב״ד שליט״א
יתקיים כל יום אחר התפילה עד יום ד׳
**פרשת צו**
כמו כן אפשר להתקשר בטעל.

## 845 – 538 – 6471

(אי״ה ביום ד׳ פרשת צו הרב שליט״א יסע לניו יארק למשך
ימי החג, במשך הזמן אפשר להתקשר בטעל הנ״ל לשאלות,
נא לשים לב שהשעון בניו יארק הוא 3 שעות מאוחר
מאריזאנע ולא להתקשר אחר 9:00PM באריזאנע)



בית המדרש ד'קהל חסידים
בראשות הגאב"ד שליט"א
913 E 8th St, Casa Grande, AZ



• בתי מדרשים    • מוסדות החינוך    • מקוואות
• וועד העיר    • וועד הכשרות    • וועד העירוב

בס"דבס"ר

# זמני התפילה לימי החול

### חורף תשפ"ג לפ"ק

| | |
|---|---|
| 8:00 AM | שחרית |
| 8:30 AM | יום א' |
| 5:00 PM | מנחה |
| 8:30 PM | מעריב |

## ויהי רצון שיתקבל תפילתנו לרחמים ולרצון



# EXHIBIT K

---------- Forwarded message ---------
From: **Shia Rubin** <shia@diamondequity.net>
Date: Sun, Aug 18, 2024 at 2:14 PM
Subject: Fwd: מודעה פון וועד העיר
To: Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com>, Yitzchok Green
<yitzchok@comfortgrowth.com>, Abraham Breuer <abrahambreuer1@gmail.com>, Rabbi
Chaim Berger <ravberger@gmail.com>


fyi from liberman wrote and explained takunos for meyakrei hasha'ar



**SHIA** RUBIN
Principal

O: (332) 233-5770
C: (845) 521-0880
E: shia@diamondequity.net
www.diamondequity.net


---------- Forwarded message ---------
From: **Moishe & Etty Lieberman** <lieberman2105@gmail.com>
Date: Thu, Mar 30, 2023 at 11:34 PM
Subject: Re: מודעה פון וועד העיר
To: Rabbi Chaim Berger <ravberger@gmail.com>, Shia Rubin <shia@diamondequity.net>,
Yitzchok Green <yitzchok@comfortgrowth.com>


Hello,

See attached a different draft (version) of the takanos paper, **which one of these do you think
is better**?

(please try - if possible - to answer as soon as possible as i want to have it hanged ASAP)

On Tue, Mar 28, 2023 at 10:54 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:

> Please see attached the first draft of the 2nd paper, (there is a lot of things that needs to be changed).
>
> Please look it through and let me know what you think we should add/take off etc. please make some time ASAP as i want to have it hanged before Shabbos when a lot of the guests are coming already.
>
> Thank you very much!
> Waiting to hear from you.
>
> On Sun, Mar 26, 2023 at 10:42 PM Moishe & Etty Lieberman <lieberman2105@gmail.com> wrote:
>
>> Hello,
>>
>> I've made the **first draft** of the new welcome paper, this is first paper, the one that has the info, the תקנות and other things will be on the other paper.
>> I'm attaching a word document, please make all your changes and suggestions there, and turn on track changes (if you don't know how to do it please call me) so i can see what needs to be changed.
>>
>> Please go over it carefully as I don't want mistakes on it.
>>
>> @Yitzchok Green I've added your number based on the paper in the grocery please confirm or deny.
>>
>> Please try to make some time to go through it as I want to have this done by this week so we can hang it before shabbos.
>>
>> The size of the paper is based on the same size the old ones were.



וועד העיר קאסא גראנדע אריזאנע

בהדרכת הגאב"ד שליט"א

קהל חסידים

ד'קאסא גראנדע אריזאנע

• בתי מדרשים    • מוסדות החינוך    • מקוואות
• וועד העיר    • וועד הכשרות    • וועד העירוב

בס"ד

# — חשובע געסט —

**ברוכים הבאים:** מיר ווילן אייך העפליך באגריסן, און אויפגעמען אויף אייער באזוך צו אונזער קהילה קדושה אין קאסא גראנדע, יהא בואכם לשלום.

**כה אמר ה' לכל הגולה וגו', בנו בתים ושבו ונטעו גנות ואכלו את פרין... ורבו שם ואל תמעטו... ודרשו את שלום העיר... והתפללו בעדה אל ה'... יהיה לכם שלום:** (ירמי' כט)

בשבח לאל עליון האלמן מיר אינמיטן די פריע גרינדונג פאזע פון זיך אויעקשטעלן אלץ א פולקאם צוגעשטעלטע אידישע שטאט. מיר לייגן אריין כוחות מייסד צו זיין אלע באדערפענישן וואס פעלט אויס אין אן עריכער חסידישער ישוב, בתי מדרשים, מוסדות התורה, מקוואות, הכשרים, וכדומה. כדי מיר זאלן קענען וואוינען דא על פי מנוהגם בזו משיח'ס טאג. כלל ישראל קוקט ארויס פאר די הצלחה פון דער פלאַק, עס זאל זיין א מקום מגדל צו זיין אונזערע קינדערלעך הי"ו. און קענען לעבן באקוומע און צופרידן.

חז"ל זאגן אונז שוין כל התחלות קשות, דאס האט אונז ב"ה נישט אוועקגעהינטן, מיר זענען זיך איבערגעגעבן מיט כסדר ארומגענומען מיט שוועריקייטן דורכאויס דעם התייסדות פון דעם עיר ואם בישראל, ובעזהשי"ת נעשה ונצליח.

**למען שלום העיר:** מיר בעטן אייך, חשובע געסט, בכל לשון של בקשה, ביטע נעמט נישט פאר לייכט די פאלגענדע נקודות:

1. רעספּעקטירט דער קולטורעל פונעם פלאַק.
2. באגריסט צודיק וועון אייער גרויסע אייך, און די האלט אפן די תיר פאר א מענטשע וואס שטייט אונטער אייך.
3. רעדט שטיל אין גאַס ביינאכט.
4. לאזט נישט קיין (גאַרדרבויט קעגס) אינדרויסן, און האלט רויטם צאם די שמיץ פארנט פון אייער הויז.
5. פארט שטאַס אויף לאקקאלע גאַס, דרייוועט נישט ווילד אדער שנעל.
6. מאכט נישט קיין אויינגעיענע שטרטקאוטס (גייט נאר אויף אויסגעטראטענע וועגן).
7. פארקט נישט אין פארנט פון א צוויישטעס הויז (ק"ו נישט די דרייוו וועי) עס איז קענען דער געזעין (איר קענט באקומען א טיקעט).

## לאפרושי מאיסורא:

1. דערווייל פאראווילן מיר נאכנישט קיין עירוב דא אין שטאט, מאכט זיכער אויסצוליידיגן אייערע טאשן פאר שבת.
2. גיבט אכטונג ווען איר קומט אין מאכלים אין די נ'גרישע געשעפטסן, ווייסן וואס מען מעג, מעג, ווא וואס עס דארף א הכשר לכתהילא, אזוי אויך מאכט זיכער אז פירות וירדקית קומט נישט פון א"י (אינו מצוי כ"כ בגלילותינו).

### גילוי דעת
טייערע שוכר!

כדי דער ישוב זאל האבן א קיום, און פאר דער ציקונפט פון דער שטאאט, האט מען בפקודת הרב שליט"א, מייסד געווען תקנות העיר, אונזער עתיד איז תלוי אין איינהאלטן אין אינפארסירדן די תקנות.

היות עס זענען געווען איינצעלע פעלער, וואס מאכבע האבן זיך ארוים גערעכבט מיט דעם, זענען מיר געצוויינגט נישט צוצושטעלן די צרכי הציבור, און די' סערוויסעס פון די קהילה, אריינגערעכבט די מעגליכקייט אייצניקוינם אין אונזער באצויקונקוינם – די תקנות זענען נישט אויף דעם משכיר און סיי אויף דעם שוכר, ביטע פאראשטייט אז אונזער כוונה אין נישט חלילה שוער צו מאכן פאר סיי וועמען, נאר אז מיר מוזן מציל זיין דער עתיד פון די' קהילה, ולהשומע ינעם, ותבא עליו ברכת לרוב.

### טייערע פאטענציאלע תושבים!

## ברוכים הבאים

מיר ווילן אייך עקסטער באגריסער באגריסן פאר אהערקומען באטראכטן אונזער קהילה פון דער נאנט, און זעהן זיך דא קען זיין דער ריכטיגע פלאַק פאר אייך און אייער משפחה זיך צו באזעצן און לעבן מיט מנוחת הנפש, און העלפן אויפבויען א קהילה בישראל.

מיר ווילן אייך ארויסהעלפן מיט סיי וואסאבעלא אינפאָרמאציע איר נויטיגט זיך צו מאכן אייער מאשלום, צום בײשפיל: ארומווייזן און אייך באקאנט מאכן מיט דער געגנט, אדורך שמועסן די ציקונפטיגע פלעגער, אדער וואס אימער פראגעס איר האט, הן בנוגע שטייגער אין אייך אריזאנע בכלל אין קאסא גראנדע בפרט, און בנוגע די' תקנות העיר וועלכע עער שולט.

איר זענט העפליך געלאדענט צו רופן אויף 520-535-1045 ext 1 אדער שיקן אן אימעיל צו info@khalchasidimCG.com.



# EXHIBIT L



בית המדרש צמח דויד דינוב

בנשיאות מרן אדמו״ר שליט״א

1645 E Silver Reef Dr, Casa Grande, AZ

| • מקואות | • מוסדות החינוך | • בתי מדרשים |
| • וועד העירוב | • וועד הכשרות | • וועד העיר |

בס״ד

# זמני התפילות לשבת קודש

חורף תשפ״ג לפ״ק

## מנחה וקבלת שבת

### חצי שעה אחר זמן הדלקת הנרות

(15 מינוט אחר השקיעה)

✳ ✳ ✳

## שחרית

## 9:30 ברכות

✳ ✳ ✳

## מנחה ושלש סעודות

### אשרי – חצי שעה אחר זמן הדלקת הנרות

(15 מינוט אחר השקיעה)

## א גוט שבת



913 E 8th St, Casa Grande, AZ            1(520) 535-1045            info@KhalChasidimCG.com





מוסדות התורה והחינוך

ד'קאסא גראנדע אריזאנע

בנשיאות הגאב"ד שליט"א

• מקוואות          • מוסדות החינוך          • בתי מדרשים
• ועד העירוב        • ועד הכשרות            • ועד העיר

בס"ד

# מַזָּלָא טָבָא וְגַדְיָא יָאֵה

מזל טוב ושפע ברכות עד בלי די, למעלת כבוד ידידנו הנעלה, איש האשכולות ורב
המעש, מוכתר ומעוטר במעלות ומידות טובות, עושה ומעשה למען מוסדותינו הק' ה"ה

# מוה"ר הילל ליכטענשטייין הי"ו

## אדמיניסטראטאר ד'מוסדותינו

## לרגל השמחה השרוי' במעונו בהולדת בנו שיחי'

וכאן המקום להודות לו מקרב לבבינו על העול הגדול שנטל על שכמו לנהל החלק
הגשמי של מוסדותינו הק' ותפלתינו שגורה בזה שיהא ה' בסעדו בכל עת ועידן

וברכותינו שלוחות לו בזה שיזכה לגדלו ולחנכו ולחכמו לתורה ולחופה ולמעשים
טובים ויזכה לראות רב תענוג ונחת דקדושה ממנו ומכל יוצ"ח מתוך הרחבת הדעת
ואנפין נהירין ומתוך עושר ואושר עד ביאת ינון בב"א



בס"ד

# ברכת מזל טוב

מעמקי לבבינו ובכל רגשותינו משגרים אנו בזה ברכת מזל
טוב להאי גברא יקירא, אבן יקרה, מתושבי עירנו ומחברי
קהילתנו, ה"ה מוהר"ר

## ר' **הילל ליכטענשטיין** הי"ו

### אדמיניסטראטער דמוסדותינו הקדושים

שכבר נודע בשערים פעולותיו הבכירות לטובת עירנו
ומוסדותינו, ואיך שמתמסר לכל אחד ואחד בלב ובנפש, ישלם ה'
פעלו ותהי משכורתו שלימה מעם ה' אלוקי ישראל,

# לרגל הולדת בנו למזל טוב

ויזכה לראות ולרוות הרבה יודיש נחת מבנו שיחי', עם כל
ההשפעות הטובות משמי מעל, ואריכות ימים ושנים טובים, עוד
ינובום בשיבה דשינים ורעננים יהיו,
**יחד עם נוו"ב החשובה תחי' הנודעה במעשי' הטובים**
**בהתמסרותה לטובת הישוב והמוסדות**
ונזכה כולנו יחד, בשמחה כולנו כאחד, לראות בבנין הבית
המיוחד, בביאת גואלינו, משיח צדקינו, במהרה בימינו, אמן

## תושבי קאסא גראנדע אריזאנע
### הקטנים עם הגדולים

© standoutsvcs.com



קהל חסידים ד'קאסא גראנדע

בראשות הגאב"ד שליט"א

913 E 8th St, Casa Grande, AZ

• מקוואות          • מוסדות החינוך          • בתי מדרשים
• וועד העירוב      • וועד הכשרות           • וועד העיר

בס"ד

# מכירת חמץ

## ערב פסח תשפ"ג לפ"ק

מכירת חמץ אצל הגאב"ד שליט"א
יתקיים כל יום אחר התפילה עד יום ד'
**פרשת צו**
כמו כן אפשר להתקשר בטעל.
## 845 – 538 – 6471

(אי"ה ביום ד' פרשת צו הרב שליט"א יסע לניו יארק למשך
ימי החג, במשך הזמן אפשר להתקשר בטעל הנ"ל לשאלות,
נא לשים לב שהשעון בניו יארק הוא 3 שעות מאוחר
מאריזאנע ולא להתקשר אחר 9:00PM באריזאנע)





מקוה אברהם זאב ולאה

שע"י ביהמ"ד צמח דוד דינוב

1645 E Silver Reef Dr, Casa Grande, AZ

| | | |
|---|---|---|
| • מקוואות | • מוסדות החינוך | • בתי מדרשים |
| • וועד העירוב | • וועד הכשרות | • וועד העיר |

בס"ד

# לכבוד די חשובע אורחים שיחיו

## די אדרעס פון די מקוה איז

# 1645 E Silver Reef Dr
# Casa Grande AZ 85122

## די פרייזן זענען ווי פאלגענד:

| | |
|---|---|
| טבילה ליום ........................................ | $5 |
| ערב שבת ........................................ | $10 |
| ערב יו"ט ........................................ | $15 |
| א וואך ........................................ | $25 |
| פאר יו"ט פסח הבעל"ט ........................ | $35 |

ביטע זיך רעכענען מיט די גרויסע הוצאות און אריינלייגן די
געלט אין די פושקע ביים טיהר תיכף ביים הנאה האבן.

פאר שאלות בנוגע די מקוה קען מען זיך וועגדן צו ר' מנחם פאכטמאן הי"ו
347-623-1940





# קהל חסידים ד'קאסא גראנדע
### בראשות הגאב"ד שליט"א
913 E 8th St, Casa Grande, AZ

| | | |
|---|---|---|
| • מקוואות | • מוסדות החינוך | • בתי מדרשים |
| • ועד העירוב | • ועד הכשרות | • ועד העיר |

בס"ד

# זמנים לחג הפסח תשפ"ג לפ"ק

### ליל בדיקת חמץ (ליל ג')

מעריב בזמן ר"ת ...................................... 8:00 PM

### ערב פסח (יום ד')

שחרית ........................................ 7:45 AM
סוף זמן אכילת חמץ ............... (10:23 AM - גר"א) 9:59 AM
שריפת חמץ בחצר בית מדרשינו
סוף זמן שריפת חמץ ............ (11:26 AM - גר"א) 11:14 AM
חצות ............................................. 12:29 PM

### ** *** עירוב תבשילין *** **

כניסת יו"ט (18 מינוט) ................................ 6:31 PM

לזמני התפילה בבתי מדרשינו במשך ימי החג נא לעקוב אחרי המודעות

חצות ליל ראשון ................................ 12:28 AM
כניסת יום ב' ............ שקיעה 6:49 PM  ר"ת 8:01 PM
הדלקת הנרות לשבת חול המועד ..................... 6:33 PM
מוצאי שבת חול המועד (זמן ר"ת) ................. 8:04 PM

זמני התפילה לימי חול המועד – כל התפילות יתקיימו בבית מדרשינו
## 913 E 8th St, Casa Grande, AZ

שחרית ........................ מנין שני 9:45 AM    8:45 AM
מנחה מעריב ........................................ 7:30 PM

## הזמנים לשביעי ואחרון של פסח יתפרסמו במודעות הבאות

הרב שליט"א ישבות בניו יארק למשך ימי החג, במשך הזמן אפשר להתקשר בטעל 845-538-6471 לשאלות, נא
לשים לב שהשעון בניו יארק הוא 3 שעות מאוחר מאריזאנע ולא להתקשר אחר 9:00PM באריזאנע



913 E 8th St, Casa Grande, AZ          1(520) 535-1045          info@KhalChasidimCG.com



בית המדרש ד׳קהל חסידים

בראשות הגאב״ד שליט״א

913 E 8th St, Casa Grande, AZ

• מקוואות          • מוסדות החינוך        • בתי מדרשים
• וועד העירוב      • וועד הכשרות         • וועד העיר

בס״ד

# דרשת שבת הגדול

## (מוקדם)

# הנני בזה להודיע שבסייעתא דשמיא ימסור הרב שליט״א שיעור כללי בהלכות הגעלת כלים

## (אורח חיים סימן תנ״א)

# ביום ב׳ פרשת צו

## מיד אחר מעריב

# א כשר'ן פרייליכן פסח





# וועד העיר קאסא גראנדע אריזאנע
### בהדרכת הגאב"ד שליט"א

• מקואות
• וועד העירוב

• מוסדות החינוך
• וועד הכשרות

• בתי מדרשים
• וועד העיר

בס"ד

## — חשובע געסט —

**ברוכים הבאים בשם ה':** מיר ווילן אייך העפליך באגריסן, און אויפגענומען אויף אייער באזוך צו אונזער ישוב און קהילה קדושה אין קאסא גראנדע, יהא בואכם לשלום.

כה אמר ה' צבקות לכל הגולה וגו'... בנו בתים ושבו ונטעו גנות ואכלו את פרין... ורבו שם ואל תמעטו... ודרשו את שלום העיר... והתפללו בעדה אל ה' כי בשלומה יהיה לכם שלום: (ירמי' כט)

**בשבח לאל עליון** האבן מיר זוכה געווען מייסד צו זיין דעם נייעם עילכן ישוב צו די באוועצן דא. מיר האלטן אינמיטן די פריע גרינדונג פאזעס פון זיך אויבקויסטעלן אלץ א פולקאמע צוגענגעשעלטע אידישע שטאט. מיר ליינען אריין אומגעהויערטע כוחות חדשות מייסד צו זיין אלע באדערפענישן וואס פעלן זיך אויס אין אן עילכע חסיד'ישע ישוב. ברודערוויז מדרשים, בתי מדרשים, מוסדות התורה, מקואות,כשרות, אידישע געשעפטן, וכדו', כדי מיר זאלן קענען וואוינען דא על פי מנוחות ביז משיח'ס טאג.

כלל ישראל קוקט ארויס און האפט מאר די הצלחה פון דעם פלאץ, עס זאל זיין א מקום וואו מיר וועלן קענען מגדל זיין אונזערע קינדערלעך הי"ו, און קענען לעבן רואיג און צופריידן.

חז"ל זאגן אונז אז כל התחלות קשות, און דאס טוט אייך נישט איבעראשרטהין אויף אונז, ב"ה. מיר זענען כסדר ארומגענומען מיט שוועריקייטן דורכאויס דעם תקופת התייסדות פון דעם עיר ואם בישראל, **ובעזהשי"ת נעשה ונצליח.**

**למען שלום העיר:** מיר בעטן אייך, חשובע געסט, בכל לשון של בקשה, ביטע רעספעקטירט דעם דרך החיים פון דעם שטאט און נעמט נישט פאר לייכט די פאלגנדע נקודות:

1. באגריסט צורירט וועו איינער גריסט אייך, און האלט אפן די מעגעש וואס שטייט אונטער אייך.
2. רעדעט שטיל אין נאס בייננאכט.
3. לאזט נישט קיין מיטס קאסטענגס אינדרויסן אויף די גאס, און רוימט אויף די שמוץ פארבונד פון אייער הויז.
4. פארט שטייט אויף די לאקאלע גאס, דרייוועט נישט שנעל און אוודאי נישט ווילד.
5. מאכט נישט קיין איינגעעגע שטאקקטטס, גיט גאר אויף אויסגעטערטאטעגע וועגן.
6. פארקקט נישט פארבונד פון צוויייטנס הויז (ק"ו נישט די דרייוו וועי) עס זיי קענען די גאראעץ.

## לאפרושי מאיסודרא:

1. דערווויילע פארמאנען מיר נאבנויסט קיין ערודע דא אין שטאט. מאכט זיכער אויסצולידיעגן אייערע טאשעל פאר שבת.
2. וועו איר קויפט אין מאכליס אין די גוי'שע געשעפטן, מאכט זיכער אז איר ווייסט וואס מען מעג, און וואס עס דארף א הכשר, אזוי אויך מאכט זיכער אויף פירות וירקות אז זיי קומען נישט פון א"י (הגם שאינו מצוי כ"כ בגלילותינו).

## גילוי דעת - טייערע שוכר!

כדי אז דער ישוב זאל האבן א קיום, און פאר דער צוקונפטס פונעם שטאט, האט מען בקפידות הרב שליט"א, מייסד געווען תקנות העיר. אונזער עתיד איז תלוי אין איינהאלטן און אינפאמערסירן די תקנות. היות עס זענען געווען איינצעלנע פעלער, וואס מאבכע האבן זיך גערעכנט מיט דעם, זענען מיר געצווינגען נישט צוצושטעלן די צרכי הציבור און די די סערוויוסעס פון די קהילות, ארייננגער'צעכט די מעגליכקייט איינצוקוקן אין אונזער גראסערי – די תקנות זענען זעל חל סיי אויף דעם משכיר און סיי אויף דעם שוכר. ביטע פארשטייט אז אונזער כוונה איז נישט חלילה שוגל צו מאכן פאר סיי וועמען, נאר אז מען מוזן פשוט פשוט אפהיטן דעם עתיד פון אונזער קהילה, ולהשומער ינעם, ותבוא עליו ברכות לרוב.

## טיערער פאטענציאעלער תושב!
# ברוכים הבאים

מיר ווילן אייך עקסטער באגריסן באריסן פאר'ן אהערקומען צו באטראכטן אונזער קהילה'ס פון דער נאענט, און זעהן צו דא קען זיין דער ריכטיגער פלאץ פאר אייך און אייער משפחה. זיך צו באזעצן און לעבן מיט מנוחת הנפש, אין אינאיינונעם די גרינג און גרינג צו מאכן אייער באשלוס. מיר זענען גרייט אייך ארויסהעלפן מיט יעדע וועלכע אינפארמאציע איר נויטיגט זיך אויף צו מאכן אייער באשלוס. צום ביישפיל: ארומווייזן און אייך באקאנט מאכן מיט דער געגענט, אדורך שמועסן אדורך צוקונפטיגע פלעגער, אדער סיי וואס אימער איר ווילט וויסן; הן בגוף על דעם לעבעדע שטייגער אין אריזאנע בכלל און אין קאסא גראנדע בפרט, און הן בגוף סיי בנוגע סיי וועלכע טעכנישע שוועריקייט וואס דארף אויסגעארבעט ווערן.

איר זענט העפליך געלאדנדען זיך צו פארבונדען מיט אונז אויף 1045 ext 1 520-535-. אדער שיקט אן אימעיל צו info@khalchasidimCG.com.

צו באקומען נייעס, בארישטעכ, מודעות און בילדער פון אינערהאלב קהל חסידים ד' קאסא גראנדע שיקט אן אימעיל צו news@khalchasidimCG.com.





וועד העיר קאסא גראנדע אריזאנע

בהדרכת הגאב"ד שליט"א

• מקוואות          • מוסדות החינוך          • בתי מדרשים
• וועד העירוב      • וועד הכשרות           • וועד העיר

בס"ד

# - אפאר קורצע ווערטער פונעם וועד העיר -

## טייערע גאסט:

ווי איר זעהט זענט איר געקומען צו א פלאץ וואס האלט נאך טיף אינמיטן די פרודי גרינדונג פאזע זיך אהערצושטעלן אלץ א פולקאם צוגעשטעלטע אידישע שטאט, מיר לייגן אריין אסאך כוחות אהערצושטעלן אלעם ווי עס דארף צו זיין, אויפגעשטעלטן בתי מדרשים, מוסדות התורה, מקוואות, הכשרים און אלס וואס מען דארף צו קענען וואוינען דא על פי מנוהגות בזי משיח"ם טאג, כלל ישראל קוקט ארויס פאר די הצלחה פון אזא פלאץ, ווייל אויב דאס וועט מצליח זיין וועט עס געבן מוט און כח פאר אנדערע צו טון די זעלבע אין אנדערע שטעט אין אמעריקע און כלל ישראל וועט זיך קענען אויסשפרייטן און נישט לעבן מיט צימצום און צער.

חז"ל זאגן שוין אז כל התחלות קשות, דאס האט אונז נישט איבערגעהיפט און איך דא זענען דא אסאך שוועריגקייטן בשעת'ן מיטד זיין דעם עיר ואם בישראל.

מיט דעם אלעם פרובירן מיר זיכער צו מאכן אז ווען א חשוב'ער גאסט וואלט אייך שפירן דאס מערסטע באקוומ.א.

צולים דעם בעטן מיר אייך פון טיף פון הארצן ביטע נעמט נישט פאר לייכט די פאלגענדע נקודות:

1. ביטע רעספעקטירט דער קולטור פונעם פלאץ.
2. דרייווט נישט ווילד אדער שנעל שפרט שטאט אריף לאקלע גאסן.
3. רעדט נישט הויך פון גאס ביינאכט.
4. מאכט נישט קיין אייגענע שארטקאוטס (גייט נאר אויסגעטרעטענע וועגן).
5. לאזט נישט קיין שמיץ (גארבידזש קענס) אינדרויסן.
6. באדרעסט צורעק ווען אייגער גריטעט אייך.
7. פארקענט נישט קיין קארן אין פראנט אין צוויישנט פון א נישט דווקא די דרייוו וועי) עס איז קען דער אריזאנע געזעץ (איד גיט טאקע נישט באקומען קיין טיקעט אבער טעב'נע קען מען אייך גיבן אויב אינער קאמפלעינט).

אזוי אויך ביטע נעמט אין באטראכט די פאלגענדע זאכן ווען זענט דא אין שטאט:

1. אויב דערוויל פארווייל פארמאמן מיר נאבעיע קיין ערוב דא אין שטאט, מאכט זיכער אויסצולייד ערע אייערע זאטאש פאר שבת.
2. גיבט אכטונג וואס איר קויפט אין, מאכט זיכער אז איר ווייסט וואס מען מעג יא און וואס מען דארף א הכשר לחומרא (אזוי אויך מאכט זיכער אז פירות וירקות קומט נישט פון א"י – עס האט זיך דערווייל נאבעיע נעמאכט דא אבער נעמט מען דארף מען אלעמאל קוקן).

---

### טייערע פאטענציאלע תושבים!

## ברוכים הבאים

מיר ווילן אייך עקסטער אבאגריסן פארן אהערקומען באקוקן דער פלאץ און זעהן צו די קען זיין דער ריכטיגע פלאץ פאר אייך זיך באזעצן און לעבן מיט מנוהת הנפש, און העלפן אויפבויען א קהילה בישראל.

כדי אייך צו קענען דער בעסטע ארויסהעלפן בשעת ווען איר ווילט דאהי, ביטע רופט אריין אויף 520-535-1045 ext 1 אדער שיקט אן אימעיל צו info@khalchasidimCG.com, אז מיר זאלן אייך קענען ארויסהעלפן מיט ארומווייזן דער פלאץ, ווייזן די צוקונפטידיגע פלענער, ענטפערן פראגעס איבער דאס לעבן דא און סיי וועלכע אנדערע שאלות איר האט. מיר ווילן מאכן זיכער אז איר גיט אריבער מיט דער גיי געפיל ארום דער פלאץ און אריזאנע, דער שוועריגקייטן מיט וואס עס קומט און די גענויאקדדיגע בענעפיטעס וואס מען נעמט בסיימא דשמיא ארויס.

---

### טייערע גאסט,

היות עס זענען דא אינגעצלע פעלער וואס אידן נישט געראכטנט מיט די תקנות הוועד און טיילמאל אויסגעכאפט היינער פון אידן וואס האבן געוואלט קויפן מער אדער פאר דא, פשוט ווייל זיי האבן געקענט געבן מער אדער גאר ווייניגער מיט קעש (פשוט ווייל איך האב), און דאס צוברענגט דעם עתיד פונעם ישוב מיטן הייבן די פרייזן אויך שטערן די אידן וואס ווילן אהערקומען וואוינען, מוזן מיר בלית ברירה אינפארמירן די תקנות הוועד ואז עס איז אווגעשטעלטן געוואן דורך'ן רב שליט"א אז אז אינער וואס שטייט אין אזא הויז האט נאט קיין רשות צו ניצן זי פון ווא סערוווסע פונעם קהילה, מיר ווילן נישט שווער מאכן אבער ביטע פארשטייט אז דאס איז די אינצערטעסמע וועג וואס מיר קענען צו קענען האלטן דער ישוב על מנוהות בזי ווי לאנג דאס שטעלן איר אווגע מיט -א פעטטטטווק, ביטע גאטעל פאר לייכט און זיי נישט מעצער פאר אידן וואס האבן גענומען די וואנדערשטעטקן און איר העלפט עם אויפשטעלן דעם ישוב, עס איז נישט קיין ספק מען אויב אזער וועט זיך רעכנעלע מיט אנדערע אידן, וועט די זכות אייך בייששטיין לעולמין עד.

---



# וועד העיר קאסא גראנדע אריזאנע

### בהדרכת הגאב"ד שליט"א

| • בתי מדרשים | • מוסדות החינוך | • מקוואות |
| • וועד העיר | • וועד הכשרות | • וועד העירוב |

בס"ד

# "ברוכים הבאים חשוב'ע געסט"

## "עס איז אונז א כבוד אייך צו באגריסן דא ביי אונז אין שטאט."

מיר ווילן אז איר זאלט זיך שפירן גאר באקוועם בשעת איר ווילט דא אין אריזאנע.
אויב דארפט איר סיי וועלכע הילף אדער אינפארמאציע, ביטע שפירט אייך באקוועם צוצוקומען צו איינעם פון
די איינוואוינער. מיר וועלן זיך פרייען אייך צו העלפן!

### פאלגענד איז די אינפארמאציע, זמנים און אדרעסן פון די קהילה סערוויסעס.

די אדרעס פון די וואכן שול, (און דערנעבן דער גראסערי) איז:

## 913 E 8th st. casa Grande Arizona 85122

## זמנים לימות החול (לעצט אפדעיטעט חודף פ"ג)

| מעריב - 8:30 PM | מנחה - 5:00 PM | שחרית - 8:00 AM |
| | | 8:30 AM (ברכות) זונטאג |

**די אלע זמנים זענען די טעגליכע צייטן, אויב וועט זיין א טויש וועט אי"ה העענגען א באזונדערע מודעה**

## מניני שבת

בית המדרש דינוב – היילענד מענאר

## 1645 E Silver Reef Drive Casa Grande, AZ 85122

בית המדרש ד'קהל חסידים – שכונת ווילידוואוד

## 1558 E Alba Dr, Casa Grande AZ, 85122

**פאר די זמנים פון שבת זעט די באזונדערע מודעות**

## מקוואות

1) א צייטווייליגע מקוה געפונט זיך גלייך נעבן דער וואכעדיגע שול (דער מקוה שטעלט זיך נישט צו קיין האנטוכער),
בעז"ה האלט מען שוין אינמיטן בויען די גרויסע מקוה וואס איר קענט טאקע זעהן דארט אויפן פלאין לשם
ולתפארת, (צו נעמען א חלק אין דעם אויפבוי און זוכה זיין צו די געוואלדיגע זכותים, ביטע רופט: 347-534-4955)
2) דער מקוה אין חצר פון בית המדרש דינוב – (פאר די פרייזן פון די מקוה ביטע זעהט די באזונדערע מודעות).

## גראסערי

דער גראסערי געפונט זיך גלייך נעבן דער וואכעדיגע שול

## 913 E 8th St, Casa Grande AZ 85122

דער גראסערי איז אפען 24 שעה אין טאג (אויב איז עס פארשפארט שטייט דער נומער אויפן טיר), דער גראסערי ארבעט
מיט א סעלף סערוויס רעדישסטער וואו איר קענט זעלבער באצאלן פאר אייער ארדראד. כדי צו קענען האלטן דעם גראסערי
אין ארדענונג קען מען נאר איינקויפן מיט אן אקאונט. אויב שטייט איר איין אין א דירה פון "אריזאנע קאושער ריזארטס"
האבן מיר שוין געעפענט אן אקאונט פאר אייך מיט אייער נומער דער נומער וואס איר האט געגעבן ביים זיך איינשרייבן, אויב שטייט
איר איין ביי א תושב ביטע מאכט זיכער מיט אים פארן גיין איינקויפן וויאזוי צו קויפן.
צו עפענען אן אקאונט ביטע רופט אדער לאזט א מעסעדזש אויף 520-535-1045 ext 3
(אויב דארפט איר די אקאונט און די אינפארמאציע פאר עמערדזשענסיס ביטע רופט 520-517-0332)





וועד העיר קאסא גראנדע אריזאנע

בהדרכת הגאב"ד שליט"א

‏• מקוואות ‏• מוסדות החינוך ‏• בתי מדרשים
‏• וועד העירוב ‏• וועד הכשרות ‏• וועד העיר

בס"ד

# "ברוכים הבאים חשוב'ע געסט"

## "עס איז אונז א כבוד אייך צו באגריסן דא ביי אונז אין שטאט."

מיר ווילן אז איר זאלט זיך שפירן גאר באקוועם בשעת איר ווײלט דא אין אריזאנע.

אויב דארפט איר סיי וועלכע הילף אדער אינפארמאציע, ביטע שפירט אייך באקוועם צוצוקומען צו איינער פון די איינטאויינער. מיר וועלן זיך פרייען אייך צו העלפן!

## פאלגענד איז די אינפארמאציע, זמנים און אדרעסן פון די קהילה סערוויסעס.

די אדרעס פון די וואכן שול, (און דערנעבן דער גראסערי) איז:

### 913 E 8th st. casa Grande Arizona 85122

## זמנים לימות החול (לעצט אפדעיטעד חודף פ"ג)

שחרית - 8:00 AM    מנחה - 5:00 PM    מעריב - 8:30 PM
8:30 AM (ברכות) זונטאג -

**די אלע זמנים זענען די טעגליכע צייטן, אויב וועט זיין א טויש וועט אי"ה העענגען א באזונדערע מודעה**

## מניני שבת

בית המדרש דינוב – היילענד מענאר

### 1645 E Silver Reef Drive Casa Grande, AZ 85122

בית המדרש ד'קהל חסידים – שכונת ווײלדוואוד

### 1558 E Alba Dr, Casa Grande AZ, 85122

**פאר די זמנים פון שבת זעט די באזונדערע מודעות**

## מקוואות

1) א טעמפארערי מקוה גלייך נעבן דער וואכעדיגע שול (דער מקוה שטעלט זיך נישט צו קיין האנטוכער), בעה"ה האלט מען שוין אינמיטן ביוען דער גרויסע מקוה וואס וועט אי"ה קענט טאקע וועהן דארט אויף פלאץ לשם ולתפארת, (צו נעמען א חלק אין די געוואלדיגע זכות ביטע רופט: 347-534-4955)

2) דער מקוה אין חצר פון בית המדרש דינוב – (פאר די פרייוען פון די מקוה ביטע זעהט דארט אויף פלאץ).

## גראסערי

דער גראסערי געפינט זיך גלייך נעבן דער וואכעדיגע שול

### 913 E 8th St, Casa Grande AZ 85122

דער גראסערי איז אפען 24 שעה א טאג (אויב איז עס פארשפארט שטײט דער נומער אויף טיר), דער גראסערי ארבעט מיט א סעלף סערווינג רעדשיסטער ווי איר קענט אליין באצאלן פאר אייער גאנצע ארדער, כדי צו קענען האלטן דער גראסערי אין ארדענונג קען מען נאר איינקויפן מיט אן אקאונט, אויב שטײט איר אין אין א דירה פון "אריזאנע קאושער ריזארטס" האבן מיר שוין געעפענט אן אקאונט פאר אייך מיט דער נומער וואס איר האט געגעבן ביים זיך איינשריבן, אויב שטײט איר אין ביי א ישוב א תושב ביטע מאכט זיכער מיט אים פארן גיין איינקויפן וויאזוי צו קריגן. צו עפענען אן אקאונט אן ביטע רופט און לאזט א מעסעדזש אויף 520-535-1045 ext 3

(אויב דארפט איר די אקאונט אסאפ אויף פלאץ אסן אויף עמעדורשענטערס ביטע רופט 520-517-0332)



בית המדרש ד׳קהל חסידים
בראשות הגאב״ד שליט״א
913 E 8th St, Casa Grande, AZ



• מקוואות • מוסדות החינוך • בתי מדרשים
• וועד העירוב • וועד הכשרות • וועד העיר

בס״דבס״ד

# זמני התפילה לימי החול
### חורף תשפ״ג לפ״ק

| | |
|---|---|
| 8:00 AM | שחרית ·············· |
| 8:30 AM | יום א׳ ················ |

| | |
|---|---|
| 5:00 PM | מנחה ·············· |

| | |
|---|---|
| 8:30 PM | מעריב ············· |

## ויהי רצון שיתקבל תפילתנו לרחמים ולרצון



בס"ד

# ברכת מזל טוב

מעמקי לבבינו ובכל רגשותינו משגרים אנו בזה ברכת מזל
טוב להאי גברא יקירא, אבן יקרה, מתושבי עירנו ומחברי
קהילתנו, ה"ה מוהר"ר

# ר' נתן נטע זאב
# ווייצבערגער הי"ו

## לרגל הולדת בתו למזל טוב

ויזכה לראות ולרוות הרבה יודיש נחת מבתו שיחי', עם כל
ההשפעות הטובות משמי מעל, ואריכות ימים ושנים טובים, עוד
ינובון בשיבה דשינים ורעננים יהיו, **יחד עם נוו"ב החשובה תחי'**
ונזכה כולנו יחד, בשמחה כולנו כאחד, לראות בבנין הבית
המיוחד, בביאת גואלינו, משיח צדקינו, במהרה בימינו, אמן

## תושבי קאסא גראנדע אריזאנע



בית המדרש ד׳קהל חסידים – שכונת ווייללדוואוד
בראשות הגאב״ד שליט״א
1558 E Alba Dr, Casa Grande, AZ

• בתי מדרשים         • מוסדות החינוך         • מקוואות
• וועד העיר           • וועד הכשרות          • וועד העירוב

בס״ד

# זמני התפילות לשבת קודש

פרשת _____

## מנחה וקבלת שבת קודש .......... _____

## שחרית ................................. _____

## מנחה ושלש סעודות ............... _____

(רקודין לכבוד שבת קודש תיכף אחר התפילות)
א פריילייכן לעכטיגן שבת קודש



913 E 8th St, Casa Grande, AZ          1(520) 535-1045          info@KhalChasidimCG.com