# EXHIBIT M

From: **Khal Chasidim Casa Grande AZ** <khalchasidimcg@gmail.com>
Date: Sun, Apr 30, 2023 at 3:43 PM
Subject: Fwd: Contact AZKR
To: Moishe & Etty Lieberman <lieberman2105@gmail.com>

---------- Forwarded message ---------
From: **RubInvest inc.** <rzikaron@gmail.com>
Date: Sun, Apr 30, 2023, 3:42 PM
Subject: Fwd: Contact AZKR
To: Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com>

---------- Forwarded message ---------
From: **Chane Rubin** <tovirubin@gmail.com>
Date: Sun, Apr 30, 2023, 3:39 PM
Subject: Contact AZKR
To: RubInvest inc. <rzikaron@gmail.com>

# EXHIBIT N



From: **Moishe & Etty Lieberman** <lieberman2105@gmail.com>
Date: Thu, May 4, 2023 at 4:33 PM
Subject: setting up email subscription pop up on website
To: Chane Rubin <tovirubin@gmail.com>
Cc: Rabbi Chaim Berger <ravberger@gmail.com>, Shia Rubin <shia@diamondequity.net>


Hi,

I set up an emailing platform and would like to add the pop up to the website:

Make sure the following snippet of Javascript is present on the homepage of the website right before the closing "head" tag.

```
<!-- MailerLite Universal -->
<script>
    (function(w,d,e,u,f,l,n){w[f]=w[f]||function(){(w[f].q=w[f].q||[])
    .push(arguments);},l=d.createElement(e),l.async=1,l.src=u,
    n=d.getElementsByTagName(e)[0],n.parentNode.insertBefore(l,n);})
    (window,document,'script','https://assets.mailerlite.com/js/universal.js','ml');
    ml('account', '423686');
</script>
<!-- End MailerLite Universal -->
```


Also, please let me know how we can make sure that people subscribing on the footer should also go into this list.

Thank you.
Please notify me when done.

# EXHIBIT O

---------- Forwarded message ---------
From: **Avrum Breier** <abreier@aol.com>
Date: Tue, May 9, 2023 at 10:51 PM
Subject: Confidential DO NOT SHARE
To: Shia Rubin <shia@diamondequity.net>, ABRAHAM BREIER <abreier@aol.com>, Yitzchok Green <yitzchok@comfortgrowth.com>, Shia Moishe Lieberman AZ Casa Grande <standoutservicesinc@gmail.com>


5-9-2023

Hi Reb Shia.

Attached you will find an excel sheet detailing our projected budget for the remaining part of 2023, starting May 1st. We, (Yitzchok, Shia Moishe and myself) believe that the amounts are realistic estimates of the overhead expenses for all 3 shuls. Please take some time to review and kindly provide us with your comments and input.

In the lower part of the sheet, you will see the outstanding AP totaling approximately $8000. It's essential for these vendors to get paid in full prior to the new management assuming their roles. We must start with a clean slate.

We all recognize the countless accomplishments you have achieved with your love and dedication to the progress and growth of our heilige kehillah. We realize that, that burden comes with tremendous responsibility.

Our goal is to lessen your day-to-day task of site and budgetary managemen t. We take our responsibility seriously and commit to provide full accountability. We will grant you or anyone you designate as your rep, full access to review and guide us toward efficient management.

I am of the opinion that for your own personal success and for better time management I suggest to set up a monthly wire starting immediately May 2023 through Dec 2023 of $4000. This amount will cover the basic operational items as listed on the sheet. In the event a capital need arises, like violations, plumbing, electrical or other capital expenses we are certainly willing to help. As long a you realize that it will require additional funds.

I am not familiar with your business operations, I therefore ask you to provide us with the **name, cell number** and **email address** of the person you assigned as our contact.

We are willing to dedicate of our valuable time to setup our heilige kehillah on a solid financial footing. Since we all, including-yourself, are operating on a volunteer basis, who better than you, would understand that for this undertaking to be successful, all tasks must be executed in a *prompt and efficient matter*. To avoid burn-out you must instruct your contact person to wire or direct deposit the funds expeditiously to our account on the last week of every month.

ACCOUNT INFO:

Cong name: Cong Khal Chasidim

Bank: PNC

Routing Number: ▮▮▮▮▮▮▮

Account Number: ██████████

Email Address: [Lieberman2105@gmail.com](mailto:Lieberman2105@gmail.com)

In the name of all Three of us I can wholeheartedly say, that we consider it a privilege to help and we will all thrive, when this project is AYH successful. I believe that we can establish the structure in an efficient way, so that we can be a guide and example for the other parts and functions of the kehillah to emulate us,

Be'ezras Hashem Naseh V'enatzliach

Thank you for the opportunity.

Avrum Hersch Breier

Yitzchock Green

Shia Moishe Liberman

# EXHIBIT P



Liberman Arizona Yishuv

$1,900

▶ ──────────── 00:00

On the wall of the shul there is a paper with all the ways people can pay.
Cash
Check
Credit card
Quickpay

10:34 PM

Wednesday, Oct 11, 2023 • 12:37 AM

Just heard again your message, yes they should send there and can write in the memo for what shul and reason it is.
Thank you

Wednesday, Oct 11, 2023 • 2:51 AM

▶ ──────────── 00:00

Wednesday, Oct 11, 2023 • 10:36 AM

Ok, thanks for letting me know, I'll ly"h be back on Thursday, and will try to get all the info and collect them asap

Text message



I can, try

01:18

↗ View transcript

00:27

↗ View transcript

01:07

↗ View transcript

00:50

There is still one voice message sending if it won't send soon I'll resend it

↗ View transcript

00:50

5:26 PM

Please confirm you got all ⬇ e notes.
Thank you

Ⓜ Message saved as draft.

⊕ Text message

# EXHIBIT Q



---------- Forwarded message ---------
From: **Shia Rubin** <shia@diamondequity.net>
Date: Tue, Dec 12, 2023 at 1:16 AM
Subject: Fwd: need the kehilla logo for the video presentation. can you please share?
To: Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com>


---------- Forwarded message ---------
From: **Stand Out Services** <office@standoutsvcs.com>
Date: Mon, Dec 11, 2023, 4:54 PM
Subject: Re: need the kehilla logo for the video presentation. can you please share?
To: Moishe & Etty Lieberman <lieberman2105@gmail.com>, Shia Rubin
<shia@diamondequity.net>


Please see attached.



1 845 202 3487

www.standoutsvcs.com

**Schedule a Call**

—

Stand Out Services Inc is not responsible for any graphical or typographical errors Please make sure to review every document carefully.


On Mon, Dec 11, 2023 at 4:31 PM Moishe & Etty Lieberman <lieberman2105@gmail.com>
wrote:

> Hi,
>
> I got this email in private, i believe this should have been directed to the business.
>
> The message is only the subject.
>
> Thank you!

---------- Forwarded message ---------
From: **Shia Rubin** <shia@diamondequity.net>
Date: Mon, Dec 11, 2023 at 2:47 PM
Subject: need the kehilla logo for the video presentation. can you please share?
To: Moishe & Etty Lieberman <lieberman2105@gmail.com>



**SHIA** RUBIN
Principal

O: (332) 233-5770
C: (845) 521-0880
E: shia@diamondequity.net
www.diamondequity.net



# EXHIBIT R

Forwarded message
From: **Khal Chasidim Casa Grande AZ** <khalchasidimcg@gmail.com>
Date: Tue, Jul 9, 2024 at 11:04 PM
Subject: Re: לכבוד אברהם הערש ברייער ויהושע משה ליבערמאן
To: abreier <abreier@aol.com>
Cc: Moishe & Etty Lieberman <lieberman2105@gmail.com>, Rabbi Chaim Berger
<ravberger@gmail.com>


??

On Wed, Jul 3, 2024, 11:36 PM Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com> wrote:
   Still waiting for a response.

   On Wed, Jul 3, 2024, 12:01 AM Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com> wrote:
      still waiting for a response

      On Tue, Jul 2, 2024 at 12:39 AM Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com>
      wrote:
         Looks like you forgot, I just wanna remind you that I'm waiting for the report and if there is any
         remaining money.

         Thank you

         On Tue, Jun 25, 2024, 3:15 AM Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com>
         wrote:
            Hi Mr Breuer and Mr liberman:

Thank you for your email, and for your help all the time.

Although I have a different view on some of the points you mentioned I still very much appreciate everything you did for my kehila.

In regards to the water. I don't understand how the bill for 1645 ended up with Mr. Liberman, since I had a very clear arrangement for that with R' R. Y. Lefkovich. But either way, it is my understanding that Mrs. Berger already took care of it.

Having said that, I don't know why that was a condition for me getting a report on money that belongs to me.

And now that it's done and all conditions met, can I finally get a report on my money after close to a year of being in the dark?

Again, thanks for all your effort and help.

On Mon, Jun 24, 2024, 10:42 AM abreier <abreier@aol.com> wrote:

Hi Shia:

Your suggestion that somehow we are shlepping, in providing the funds, is not fair.

I know you like everything documented, I therefore want to inform you of the following.

June 4 2024 we were on a 3way call the participants were, myself, Shia Moishe, and CS Berger.

Topic, Donations:

CSB informed us, that he is calling on your behalf as the owner of the properties where the congregation davens. He inquired about the ballance of the donations, and asked for it to be deposited with him and we should cease & desist to collect any new contributions.

For the sake of Shulem, we immediately agreed, without even asking Daas Torah. We also explaind to him, how it came about, that we collected and administered the needs of the shuls.

CSB was surprised and admired us for the efficiency of the way we managed and maintained the shuls. He was totally not aware that b4 we handled it, there was no money for a bottle of milk? and every erev Shabbos, ppl were going around, getting some donations for the SS bilkes, etc.

Shia, you know good and well what our intentions were. As of Sukkus we provided coffee, suger, milk each and avery morning in shul. The toilet tishes were inspected and filled every morning. We provided paper towels, hot & drinking cups, papergoods etc, basic SS was provided in all shuls.

In addition, we installed special dispensers and provided garbage bags and cleaning materials for the cleaning crew. WW shul cleaning crew was paid out of this account.

Remember nothing is done in a vacuum.

I was able to recruit an army of special chusivah yiden, volunteers, to help. Just to mention afew.

SML was doing bookeeping
YL was purchasing
MP  arranged SS and filled the dispensers
MB cleaned and took care of SS in WW
NK was offical Gabai
MM took Sefer Torah to WW, & helped fill water jugs.
IB read the torah Shabbos w/o pay
HL filled the hot water
I took several times 12+ water jugs to the filling station.
The list goes on & on.

Just so you get the point, we were careful with each & every penny. When there was no funds, I personally chiped in financially, for landscaping and SS,etc. When there was no funds, SML washed the floors in Diniv. CS washed the floors on E8. YG cleaned the Dinev shul many Sundays.

In addition, I and reb Manachem P were in the process of developing a system of young volunteers to be mechnech them to do chesed. We established some common tasks for them to take on responsibilities, IE collect the seforim and clear the tables, etc.

All we asked was that the Arizona Water Co should be notified of the acounting changes. So that we should not be liable for the outstanding balances.

AS OF TODAY THAT HAS NOT TRANSPIRED.

We do commit, that as soon as we confirm that the changes have been made, we will deposit the ballance into your account, provided you sign a release that you got the money.

In closing:

We admire your work and appreciate your contributions. We want to thank you for the opportunity we had, to do for Chvod Shmaiyim.

If there is anything we can do, to help stablize and grow our community kindly reach out.

Respectfully

-------- Original message --------
From: Khal Chasidim Casa Grande AZ <khalchasidimcg@gmail.com>
Date: 6/21/24 3:37 AM (GMT-05:00)
To: Moishe & Etty Lieberman <lieberman2105@gmail.com>, Rabbi Chaim Berger <ravberger@gmail.com>, abreier@aol.com
Subject: לכבוד אברהם הערש ברייער ויהושע משה ליבערמאן

Hi

I'm reaching out from khal Chasidim of Casa Grande.

A while back you created an account taking donations people donated to my congregation.

I asked Rabbi Berger to ask you for the records and if there is any money left, you should please give it over to him.

I understood from Rabbi Berger that as of today he did not receive it from you.

Please make sure to give it over at earliest possiblity.

Shia rubin

# EXHIBIT S



קהל חסידים ד'קאסא גראנדע - Khal Chasidim of Casa Grande



Map data ©2025 Google     100 ft



# קהל חסידים ד'קאסא גראנדע - Khal Chasidim of Casa Grande

4.6 ★★★★⋆ (20)
Orthodox synagogue · ♿

**Overview**          Reviews          About

    

**Directions**    **Save**    **Nearby**    **Send to phone**    **Share**

📍 1775 N McDonald St, Casa Grande, AZ 85122

🕐 Open 24 hours ⌄

🌐 khalchasidimcg.org

📞 (520) 344-3803

⁙ W72H+7G Casa Grande, Arizona

🕓 Your Maps activity

✎ Suggest an edit

## Popular times  Wednesdays ⌄





6a    9a    12p    3p    6p    9p    12a    3a

## Photos & videos

   

All    Latest Today    Videos    By

➕ Add photos & videos

## Don't see what you need here?

# EXHIBIT T

# Cong. Khal Chasidim D'Casa Grande

## Secure Payment Form

## Billing Information

Name *

Street

City

State

Zip *

Phone

Email

Order/Invoice

## Transaction Details

Amount *

$

☐ Make this a recurring transaction

**Every**

1

Month(s)

For a total of    `*`    payments

## Payment Information



**Card Number** *

**MM** *

**YY** *

**CVV** ⋮ *

I am human



hCaptcha
Privacy - Terms

Process Payment ($ 0.00)

SECURE PAYMENTS BY   

© Copyright 2025 Cardknox (1.04.2412.1893)

# EXHIBIT U



*It is one of the merits that hangs in the Beit Hamdresh*
Mikvah-Arizona-01 (7).jpg (392.85 KiB) viewed 2836 times

For any information or help and everything about 'Casa Grande Arizona', contact us in person or call/text 520-344-3803, we will be happy to help you.

Keep up with the reports from Casa Grande Arizona



**All together**
3 ⟨ 66 ⟩ s 500

## Re: Hasidic settlement in Casa Grande, Arizona

Monday February 19, 2024 10:12 pm 📄

As already written, a larger campaign is soon being prepared to create the remaining funds to be able to complete the great project of the Mikvah Torah in Casa Grande, Arizona.

The following is an ed that has been published on other platforms by the businessmen working on the Beforstanden campaign.

If you are interested in it please send an email to mikvahcasagrande@gmail.com Or you can call 347-534-4955 for more details etc.

(If possible, please say that you saw it on Ivelt).

# Help out Casa Grande to complete the Mikvah Torah by giving your support on the Aiwelt sheet!

## https://abcharity.org//CGMikvah/107

---

**For any information or help and everything about 'Casa Grande Arizona', contact us in person or call/text 520-344-3803, we will be happy to help you.**

**Keep up with the reports from Casa Grande Arizona**

**All together**
1 $ 66 s 500

### Re: Hasidic settlement in Casa Grande, Arizona

Wednesday March 06, 2024 9:52 pm 📄

## Baruch Hashem arrived at 25% of the gaol to complete the building of the Mikvah.



Capture (1).jpg (139.24 KiB) viewed 5044 times

## Help out Casa Grande to finish the Mikvah with the support on the world page!

## https://abcharity.org//CGMikvah/107

## If you know any of the residents, donate to their page to

show support for the Jews who took the difficult step of
moving out and setting up a new area.

For any information or help and everything about 'Casa Grande Arizona', contact us in
person or call/text 520-344-3803, we will be happy to help you.

**Keep up with the reports from Casa Grande Arizona**



**Mattel Schneider**
Sir three thousand

2 | 66

### Re: Hasidic settlement in Casa Grande, Arizona

Wednesday March 06, 2024 10:20 pm

> 66 **All together** wrote:↑
> The bar mitzvah boy laying tefillin at HC Admor Manikleshburg Shlita at Beit Hochsnia in
> Casa Grande, Arizona.
>
> 192960 (4).jpg

Is Rabbi Shlita planning to withdraw?
As I see, the Rabbi was in Tempo a week ago.

A parable is not a proof, a contradiction is not a surprise, a flood of words is not a source of truth
~ *virtues*

we protest!



**All together**
500 s

1 | 66

### Re: Hasidic settlement in Casa Grande, Arizona

Thursday March 07, 2024 11:51 am

> 66 **Mattel Schneider** wrote:↑
>
> > 66 **All together** wrote:↑

If you know any of the residents, donate to their page to show support for the Jews who
took this difficult step moving in and setting up in the area

For any information or help and everything about 'Casa Grande Arizona', contact us in
person or call/text 520-344-3803, we will be happy to help you.

Keep up with the reports from Casa Grande Arizona



**All together**
4 ❝❞ s 500

## Re: Hasidic settlement in Casa Grande, Arizona

Thursday March 07, 2024 12:06 pm 📄

At the same time that the campaign goes into full swing, the construction work on the building of the Makkah continues with all its strength, inside the building they have already finished laying the sheetrock and they have also plastered (that's how you say it?) almost the entire building, as well as outside they are working steadily on the building, yesterday they already laid the first code of the wall (sorry, I have no idea what these things are called).

Following are two pictures, not very clear because it was taken with a flip pawn, if we have time soon (or maybe if some nice subjects will come in and the audience will demand it) we will bring more pictures of the ongoing work.



jpg (100.67 KiB) viewed 4631 times.0305241159



0305241159a.jpg (115.76 KiB) viewed 4631 times

# Help out Casa Grande to finish the Mikvah with the support on the world page!

## https://abcharity.org//CGMikvah/107

If you know any of the residents, donate to their page to show support for the Jews who took the difficult step of moving out and setting up a new area.

---

For any information or help and everything about 'Casa Grande Arizona', contact us in person or call/text 520-344-3803, we will be happy to help you.

Keep up with the reports from Casa Grande Arizona



**Israel Moses**
rs 500
0

### Re: Hasidic settlement in Casa Grande, Arizona

Sunday March 10, 2024 7:48 pm

Until when is the campaign?



unnamed (28) (1).jpg (99.94 KiB) viewed 4373 times

**All together**

3 ⌐ 66 ⌐ s 500

## Re: Hasidic settlement in Casa Grande, Arizona

Sunday March 10, 2024 8:01 pm

> ↑:wroteIsrael Moses 99
> ?Until when is the campaign

.Cheers for taking an interest

Unlike normal campaigns that are only made for two or three days, this campaign is dedicated to creating the remaining money that is missing, which means that the campaign will continue until the necessary 250K dollars will be created, of course we hope to create this in the next couple of days. Thank God in the first two days of the campaign (Wednesday/Thursday) we have already reached 50%, and We hope this week to reach the .goal and finish the mikvah as soon as possible

At the same time, the work continues at the mikvah, including a refresher for the residents to make sure that the work does not stop until the building is ready (perhaps soon we will .bring updated pictures)



Capture (2).jpg (135.31 KiB) viewed 4379 times

# Help out Casa Grande to finish the Mikvah with the support on the world page!

## https://abcharity.org//CGMikvah/107

If you know any of the residents, donate to their page to show support for the Jews who took the difficult step of moving out and setting up a new area.

For any information or help and everything about 'Casa Grande Arizona', contact us in person or call/text 520-344-3803, we will be happy to help you.

**Keep up with the reports from Casa Grande Arizona**

| | | | | | | | | | | | | Write a comment |
| 20 | … | 10 | 9 | 8 | 7 | 6 | … | 1 | | comments 487 |
| Go to | | | | | | | | | |

> "Back to "Yishub Al-Halam - apartments and settlements >



אייער אדווערטייזמענט דאָ!!!
ווערט געזעהן ביי טויזענטער היימישע אידן יעדן טאג
קליקט דאָ צו רעזערווירן אייער ספאַס און פאַר פרייזן

B.S.D

**AB CHARITY** (https://abcharity-org.translate.goog/index.php?_x_tr_sl=yi&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=wapp)

Home        Campaigns        Contact us        Pricing        🇺🇸 English

☐ Sign In

Create A Campaign ☐ (https://abcharity-org.translate.goog/user/add_campai_x_tr_sl=yi&_x_tr_tl=en&_x_tr_hl=e (https://abcharity-org.translate.goog//CGMikvah/107?_x_tr_sl=yi&_x_tr_tl=en&_x_tr_hl=en&_x in-dialog)



$250,000.00

# $181,948.00

72%
▼

☐ **Donate Now (https://abcharity-org.translate.goog//CGMikvah/107?_x_tr_sl=yi&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=wapp#donation_popup)**

Team
## Ivelt Yedidim

ERROR fo
Invalid do
·(https



**$604.00**
Donated

**$2,500.00**
Goal

**11**
Donors

**11** Donors

**Lipa** Ivelt Yedidim (https://abcharity-org.translate.goog//CGMikvah/campaign.php?
id=821&t=5081&_x_tr_sl=yi&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=wapp)

1 year ago                                                                    $15.00

**Anonymous** Ivelt Yedidim (https://abcharity-org.translate.goog//CGMikvah/campaign.php?
id=821&t=5081&_x_tr_sl=yi&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=wapp)

1 year ago                                                                    $26.00

And the blessing of her mother and father, thanks to Her Majesty Maribnitz

**Show More** (https://abcharity-
org.translate.goog//CGMikvah/107?
_x_tr_sl=yi&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=wapp#)

English     Yiddish

Not just a mikvah torah, but a rare opportunity to take part in **Mikva Haim Zanville in Casa Grande, Arizona**
a historical chapter of Clal Yisrael, where a glorious new Jewish city is established in the Eagle of Israel...
dialog

Case 2:25-cv-02788-SHD    Document 1-2    Filed 08/05/25    Page 39 of 39

Casa Grande, Arizona - The glorious Hasidic settlement, which was founded about four years ago, when a group of Hasidic families moved to Casa Grande, and began to plant the seeds of a glorious Hasidic settlement.

Now, four years later, it is already home to about thirty Hasidic families, and it is bustling with Midrash **But one crucially important element,** houses, a Talmud Torah, girls' school, grocery, and other accessories. **the local residents have not yet been able to prove on their own, a mikvah purity. The current opportunity is much greater, it also includes the great mitzvah of kiruv farchim:**

There are countless Jewish souls living in the area around Casa Grande who will surely use the mikvah for the first time in their lives when the mikvah is placed!

Foreign forces have already been invested and hundreds of thousands of dollars have already been invested in the mikvah torah, which is being built in the name and memory of the tzaddik and saint the holy rabbinic rabbi zi, but unfortunately the residents of Casa Grande cannot in any way finish this alone, and they must come to the help and support of Ahabi.

------------------------------------------------------

**Dear brother, the residents of Casa Grande are asking you to save us water!**

**Help us put our settlement on the machine and on the hook.**

**Help us complete our mikvah torah - the foundation of the continuation of generations.**

**Dear Jewish brothers and sisters, the holy rabbinical rabbi sacrificed himself both for the mikvah and for bringing together those who are far away, it is clear as the sun that the rabbi will be a righteous judge for everyone who takes part in ending the holy mikvah!**

Catch this rare mitzvah and be a participant with a nice donation!

---

All donations on ABCHARITY.ORG are tax deductible
The tax id for this campaign is 853657556

| ☐ **Create My Team (https://abcharity-** | ☐ **Share (https://abcharity-** |
|---|---|

☐
(https